IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QuVONDO MARTA THROWER                                       PLAINTIFF
ADC #153192

v.                        No. 5:18-cv-172-DPM

WENDY KELLEY, Director, ADC;
RANDY LEE SHORES, Major;
RICHARD EDDIE POWELL,
Lieutenant, ADC K-9 Unit;
JOHN P. MAPLES, Lieutenant,
ADC K-9 Unit;  RONALD WATSON,
Sergeant, ADC K-9 Unit;  and CHRISTOPHER
ROSS GRIFFITH, Sergeant, ADC K-9 Unit       DEFENDANTS

## ORDER

Unopposed recommendation, № 29, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, № 24, is granted; and Thrower's motion for summary judgment, № 19, is denied. Thrower's complaint will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 November 2018