IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QuVONDO MARTA THROWER                                    PLAINTIFF
ADC #153192

v.                    No. 5:18-cv-172-DPM

WENDY KELLEY, Director, ADC;
RANDY LEE SHORES, Major;
RICHARD EDDIE POWELL,
Lieutenant, ADC K-9 Unit;
JOHN P. MAPLES, Lieutenant,
ADC K-9 Unit; RONALD WATSON,
Sergeant, ADC K-9 Unit; and CHRISTOPHER
ROSS GRIFFITH, Sergeant, ADC K-9 Unit                   DEFENDANTS

## JUDGMENT

Thrower's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 November 2018