# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

QuVONDO MARTA THROWER                                        PLAINTIFF
ADC #153192

v.                    No. 5:18-cv-172-DPM

WENDY KELLEY, Director, ADC;
RANDY LEE SHORES, Major;
RICHARD EDDIE POWELL,
Lieutenant, ADC K-9 Unit;
JOHN P. MAPLES, Lieutenant,
ADC K-9 Unit;   RONALD WATSON,
Sergeant, ADC K-9 Unit;   and CHRISTOPHER
ROSS GRIFFITH, Sergeant, ADC K-9 Unit         DEFENDANTS

## ORDER

The Court has considered Thrower's belated objections. № 33. They restate points made in his summary judgment response, № 28, which Magistrate Judge Deere considered in making her recommendation, № 29. And nothing in Thrower's new paper shows that he meets any of the narrow exceptions to the exhaustion requirement. *Ross v. Blake*, 136 S. Ct. 1850, 1858–60 (2016). On *de novo* review, the Court therefore stands by its 26 November 2018 Order and Judgment. № 30 & № 31; FED. R. CIV. P. 72(b)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2018